UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTOPHER A COUGLE | * | CIVIL ACTION NO. 17-5074 |
| | * | |
| | * | SECTION: "N"(1) |
| VERSUS | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| GEORGE W. BUSH II | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************* | * | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the lawsuit is DISMISSED WITHOUT PREJUDICE as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i)

New Orleans, Louisiana, this _____ day of October, 2017.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE